UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Ronald Larson</u>

    v.                                                   Civil No. 07-cv-384-SM

<u>United States of America</u>


## ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is hereby granted, but only for the purpose of waiving the filing fee.

**SO ORDERED.**

                                            _/s/ James R. Muirhead_____
                                            James R. Muirhead
                                            United States Magistrate Judge


Date:   December 3, 2007

cc:     Ronald Larson, pro se